UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 11-31880–DHW
                                                   Chapter 13
JOHNNIE M. RIVERS,

    Debtor.

# CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 32) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on August 17, 2015 at which time the debtor requested additional time to consider the conversion of this case to a case under chapter 7. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED effective **August 31, 2015** unless the debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 17th day of August, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors